**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Recreational Living, LLC ) | Case Number:    23−20121−NGH |
| 9030 Hess ) | |
| Hayden, ID 83835 ) | Chapter Number: 11 |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: 45−4254105 ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.


Attorney Disclosure Statement due 5/19/2023;
Income and Expense Statement due 5/19/2023;
List of Equity Security Holders due 5/19/2023;
20 Largest Unsecured Creditors due 5/19/2023; Corporate Ownership Statement due 5/19/2023; Corporate Resolution Statement due 5/19/2023; Schedule A/B due 5/19/2023;
Schedule D due 5/19/2023;
Schedule E/F due 5/19/2023;
Schedule G due 5/19/2023;
Schedule H due 5/19/2023;
Summary of Assets and Liabilities due 5/19/2023.




Dated: 5/5/23

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

In re:  Case No. 23-20121-NGH

Recreational Living, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-2      User: admin      Page 1 of 1

Date Rcvd: May 05, 2023      Form ID: defntc2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Recreational Living, LLC, 9030 Hess, Hayden, ID 83835-9827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin P Holt | on behalf of Debtor Recreational Living  LLC kholt@holtlawoffice.com, nichole@holtlawoffice.com;G18693@notify.cincompass.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 2